IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**JOHN J. WILSON,**

    **Plaintiff,**

**v.**                                       **No. CIV-13-0921 JCH/LAM**

**AHEPA MANAGEMENT CORPORATION,**

    **Defendant.**

## ORDER GRANTING DEFENDANT'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA

**THIS MATTER** is before the Court on *Defendant's Motion for Order to Show Cause (Doc. 51)*, filed June 4, 2014. Defendant asks the Court to issue an order to show cause why the University of New Mexico Hospital should not be held in contempt of Court for failing to obey the *subpoena duces tecum* served on it May 14, 2014, commanding the hospital to produce documents by June 2, 2014. The Court construes this motion as a motion for an order to compel compliance with the *subpoena*. Having considered the motion, the attached *subpoena* (*Doc. 51-1*), the record of the case, and relevant law, the Court **FINDS** that the motion shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that *Defendant's Motion for Order to Show Cause (Doc. 51)* is **GRANTED**, and that, no later than **Monday, June 9, 2014**, the University of New Mexico Hospital shall either comply with the *subpoena duces tecum* or provide adequate reason to the Court why it cannot do so. *Failure to do so may result in the Court holding the University of New Mexico Hospital in contempt of Court.* See Fed. R. Civ. P. 45(g) ("The court . . . may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.").

**IT IS FURTHER ORDERED** that, due to the time constraints of the scheduling deadlines in this case, Defendant shall *personally* serve a copy of their motion [*Doc. 51*] and this Order on the University of New Mexico Hospital by the close of business **today, Thursday, June 5, 2014**.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**