IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHN J. WILSON,

      Plaintiff,

v.                                              No. CIV-13-0921 JCH/LAM

AHEPA MANAGEMENT CORPORATION,

      Defendant.

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR INDEPENDENT MEDICAL EXAMINATION

**THIS MATTER** is before the Court on *Defendant's Motion for Independent Medical Exam (Doc. 54)*, filed June 11, 2014. The motion states that Plaintiff does not object to the motion. Having considered the motion and record of the case, the Court **FINDS** that this unopposed motion shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that *Defendant's Motion for Independent Medical Exam (Doc. 54)* is **GRANTED**, and that Plaintiff shall make himself available on June 18, 2014 at 9:30 a.m. at Dr. John Allen's office. Dr. Allen will conduct the IME, which will continue until finished, and Plaintiff will be allowed to take as many breaks as he wishes.

**IT IS SO ORDERED.**

                                                            _/s/ Lourdes A. Martínez_
                                                            **LOURDES A. MARTÍNEZ**
                                                            **UNITED STATES MAGISTRATE JUDGE**